# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHERRI A. RAKOWSKI, | ) | 1:12-cv-01851 GSA |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

On November 9, 2012, Plaintiff Sherri Rakowski filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. (Doc. 1.)

On November 13, 2012, the Court issued its Scheduling Order. The Order provides that within 120 days after service of the complaint, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. (Doc. 6, pg. 2)

On November 226, 2012, Plaintiff filed a proof of service with this Court, indicating service of the summons and complaint was made on November 19, 2012.[1] (Doc. 8.) Although more than 120 days have passed, however, Defendant Commissioner of Social Security has not

---

[1] The Court notes that on April 30, 2103, Plaintiff filed another proof of service indicating that the summons, complaint, certification of interested parties, and the scheduling order was served on April 15, 2013. (Doc. 12).

1

yet filed a copy of the administrative record with this Court.

Accordingly, Defendant is ordered to show cause why sanctions should not be imposed for a failure to comply with Scheduling Order of November 13, 2012. (Doc. 6). Defendant is ORDERED to file a written response to this Order to Show Cause NO LATER THAN, May 21, 2013, or alternatively, Defendant may file the administrative record by that date. If Defendant requires more time within which to file the administrative record, it should so state in its written response to this Order. Failure to respond to this Order to Show Cause could result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **May 1, 2013**               /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE