# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI A. RAKOWSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> _____) | 1:12-cv-01851 GSA <br><br> **ORDER DISCHARGING** <br> **ORDER TO SHOW CAUSE** <br><br> (Doc. 13) |

On November 9, 2012, Plaintiff Sherri Rakowski ("Plaintiff") filed a complaint in this Court. (Doc. 1.) Plaintiff indicated Defendant been served with the summons and complaint on November 19, 2012. (Doc. 8.) When the administrative record was not filed on March 20, 2013, this Court issued an Order to Show Cause to Defendant, directing Defendant to show cause why sanctions should not be imposed for a failure to comply with the Scheduling Order of November 13, 2012. (Doc. 13.)

On May 2, 2013, Defendant filed the Declaration of Paulette M. Tremblay in response to the OSC. Ms. Tremblay is a paralegal specialist charged with monitoring all filings in the Social Security cases venued in Fresno. (Doc. 14, ¶¶ 1-2.) Ms. Tremblay's search of the Government's relevant records revealed that the Government had not been served with service of process in this

1

action as alleged by Plaintiff. (Doc. 14, ¶¶ 3-4.)  Ms. Tremblay further indicated that the Government received service of process via certified mail on April 18, 2013.[1] (Doc. 13, ¶ 4.) Thus, the Government respectfully submits that the administrative record must be filed no later than August 16, 2013. (Doc. 14, ¶ 5.)

Based on the above, the Order to Show Cause issued on , is DISCHARGED. Given all of the above, the Court finds service upon Defendant was effected on April 18, 2013, rather than November 19, 2012. **Accordingly, Defendant Commissioner of Social Security shall file the administrative record on or before August 16, 2013.**

IT IS SO ORDERED.

Dated:   May 7, 2013                         /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that on April 30, 2103, Plaintiff filed another proof of service indicating that the summons, complaint, certification of interested parties, and the scheduling order was served on April 15, 2013. (Doc. 12).

2