BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    E-Mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SHERRI A. RAKOWSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-cv-01851-GSA<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension in light of pre-scheduled leave, other district court litigation, an oral argument before the Ninth Circuit Court of Appeals, substantive non-litigation matters, and a federal employment law case now in litigation.

    The current due date is January 3, 2013.  The new due date will be February 18, 2014.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Rakowski Stip. and Order for Extension; 1:12-cv-01851-GSA

Respectfully submitted,

Dated: December 20, 2013        /s/ *Vijay J. Patel*\*
                                VIJAY J. PATEL
                                (\*by email authorization on December 20, 2013)
                                Attorney for Plaintiff

Dated: December 20, 2013        BENJAMIN B. WAGNER
                                United States Attorney

                         By:    /s/ *Susan L. Smith*
                                SUSAN L. SMITH
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

## ORDER

The Court adopts the above stipulation.  Defendant's opposition to Plaintiff's opening brief shall be filed no later than **February 18, 2014**.  The Court's scheduling order shall be modified accordingly.

IT IS SO ORDERED.

   Dated:   **December 23, 2013**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

Rakowski Stip. and Order for Extension; 1:12-cv-01851-GSA